**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-2701**

———————————

In Re: JIM BECK, INCORPORATED,

                                                 Debtor.

_____

JOHN WESLEY OWNBY, JR.,

                                    Plaintiff - Appellant,

       versus

JIM BECK, INCORPORATED,

                                    Debtor - Appellee,

       and

US TRUSTEE,

                                    Party in Interest.

———————————

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville. James H. Michael, Jr.,
Senior District Judge. (CA-97-59-C, BK-96-687-WA3-11)

———————————

Submitted: July 21, 1998          Decided: August 24, 1998

———————————

Before MURNAGHAN, ERVIN, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

John Wesley Ownby, Jr., Appellant Pro Se.  William Stephen Scott, SCOTT & KRONER, P.C., Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Ownby appeals the district court's order affirming a decision and order of the bankruptcy court confirming and approving the Plan of Reorganization of Jim Beck, Inc. over Ownby's objections. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Ownby v. Jim Beck, Inc., Nos. CA-97-59-C; BK-96-687-WA3-11 (W.D. Va. Nov. 21, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED